UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONWIDE MUTUAL FUNDS, on behalf of its series NATIONWIDE GENEVA MID CAP GROWTH FUND and NATIONWIDE S&P 500 INDEX FUND, <br><br> and <br><br> NATIONWIDE VARIABLE INSURANCE TRUST, on behalf of its series NVIT DNYAMIC U.S. GROWTH FUND, NVIT MULTI-MANAGER LARGE CAP VALUE FUND, NVIT S&P 500 INDEX FUND, and TEMPELTON NVIT INTERNATIONAL VALUE FUND. <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY L. BROWN, <br><br> Defendants. | Civil Action No. 2:18-CV-15382-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed <br><br> **Motion Day: March 4, 2019** <br><br> **NOTICE OF MOTION TO DISMISS CERTAIN CLAIMS FROM PLAINTIFFS' COMPLAINT AND REQUEST FOR ORAL ARGUMENT** |

    PLEASE TAKE NOTICE that on March 4, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants Perrigo Company plc, Joseph C. Papa, and Judy L. Brown, by and through their respective counsel, shall move before the Honorable Madeline Cox Arleo, United States District Judge for the District of New Jersey, for an Order dismissing certain claims from Plaintiffs' Complaint for Violation of the Federal Securities Laws, dated October 29, 2018, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*, and granting such other and further relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, these defendants will rely upon the accompanying Memorandum of Law in Support of Motions to Dismiss Certain

Claims From Plaintiffs' Complaints, the Declaration of Samuel P. Groner, dated November 20, 2018, with attached exhibits, and all pleadings filed with the Court in this matter.

  PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

  PLEASE TAKE FURTHER NOTICE that the defendants request oral argument.

Dated:  November 20, 2018    Respectfully submitted,

        By:  */s/ Alan S. Naar*
          Alan S. Naar

        GREENBAUM, ROWE, SMITH
         & DAVIS LLP
        Alan S. Naar
        99 Wood Avenue South
        Iselin, New Jersey 08830
        (732) 476-2530
        anaar@greenbaumlaw.com

        FRIED, FRANK, HARRIS, SHRIVER
          & JACOBSON LLP
        James D. Wareham (*pro hac vice*)
        James E. Anklam (*pro hac vice*)
        801 17th Street, NW
        Washington, DC 20006
        (202) 639-7000
        james.wareham@friedfrank.com
        james.anklam@friedfrank.com

        Samuel P. Groner (*pro hac vice*)
        One New York Plaza
        New York, New York 10004
        (212) 859-8000
        samuel.groner@friedfrank.com

        *Attorneys for Defendant*
         *Perrigo Company plc*

Dated:  November 20, 2018        By: */s/ Marshall R. King*
                                                       Marshall R. King

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Ave
New York, New York 10166
(12) 351-4000
rbrodsky@gibsondunn.com
awu@gibsondunn.com
gjois@gibsondunn.com

*Attorneys for Defendant Joseph C. Papa*

Dated:  November 20, 2018        By: */s/ Brian T. Frawley*
                                                       Brian T. Frawley

SULLIVAN & CROMWELL LLP
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, New York 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Attorneys for Defendant Judy L. Brown*